IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE KERN, Individually and as the Administrator of the Estate of STEVEN KERN, | : : : | NO.: 3:20-cv-00053-ARC |
| Plaintiff | : : | CIVIL ACTION – LAW |
| | : | JUDGE A. RICHARD CAPUTO |
| v. | : : | |
| | : | *Electronically Filed* |
| GRACE RAMOS, LPN; et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE enter the appearance of John R. Ninosky, Esquire of Marshall Dennehey Warner Coleman & Goggin, on behalf of Defendants PrimeCare Medical, Inc.; Grace Ramos, LPN; Brian Altenbach; Kenneth Wloczewski, D.O.; Paulina Foley, PA-C; Susan Dellisanti, RN; Stephanie Dullen, LPN; Donna Sutton, RN; Christine Feyjoo, LPN; Barbara Forsness, LPN; Wendy Johnson; and Tara

Vacca, LPN (referred to collectively as "PrimeCare Defendants") in the above-captioned matter.

                                        Respectfully submitted,

                                        MARSHALL DENNEHEY WARNER
                                        COLEMAN & GOGGIN

                     By:  *s/ John R. Ninosky*
                            JOHN R. NINOSKY, ESQUIRE
                            PA Attorney ID No. 78000
                            100 Corporate Center Drive, Suite 201
                            Camp Hill, PA  17011
                            Telephone: (717) 651-3709
                            Fax: (717) 651-3707
                            jrninosky@mdwcg.com
Date:   January 20, 2020          Attorney for PrimeCare Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of January, 2020, the foregoing *Entry of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

>Jason R. Ohliger, Esquire
>Nicholas J. McIntyre, Esquire
>Weinstein Zimmerman & Ohliger
>410 Broad Street
>Milford, PA  18337
>ohliger@wzlawfirm.com
>mcintyre@wzlawfirm.com
>*Attorney for Plaintiffs*

>>MARSHALL, DENNEHEY, WARNER
>>COLEMAN & GOGGIN
>>
>>By: *s/ John R. Ninosky*
>>      John R. Ninosky