IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE KERN, Individually and as the Administrator of the Estate of STEVEN KERN, | : <br> : <br> :    No.: 3:20-CV-00053ARC <br> : <br> Plaintiff,          :    Chief Judge John E. Jones, III <br> :    Magistrate Judge Martin C. Carlson <br> v.                        : <br> : <br> GRACE RAMOS, L.P.N., BRIAN ALTENBACH, :    Jury Trial Demanded <br> KENNETH WLOCZEWSKI, D.O., PAULINA <br> FOLEY, P.A.-C., SUSAN DELLISANTI, R.N., <br> STEPHANIE DULLEN, L.P.N., DONNA <br> SUTTON, R.N., CHRISTINE FEYJOO, L.P.N., <br> BARBARA FORSNESS, L.P.N., TARA VACCA, <br> L.P.N., LEA BAYLOR in her official capacity as the <br> Director of Treatment of Monroe, County <br> Correctional Facility, GARY HAIDLE, in his official <br> capacity as Warden of Monroe County Correctional <br> Facility, WENDY JOHNSON, in her official capacity <br> as Health Services Administrator of Monroe County <br> Correctional Facility, PRIME CARE MEDICAL, <br> INC., MONROE COUNTY CORRECTIONAL <br> FACILITY, and COUNTY OF MONROE, <br><br> Defendants. |

---

ORDER

AND NOW, this ___30th___ day of ___September___, 2021, upon consideration of

Plaintiff's Motion For Enlargement of Time of Discovery and to File Dispositive Motions, said

Motion is hereby GRANTED.

    The deadline for fact discovery is hereby extended to February 1, 2022;

    The deadline for the production of Plaintiff's expert reports and curriculum vitae is hereby

extended to March 1, 2022;

    The deadline for the production of Defendant's expert reports and curriculum vitae is

hereby extended to April 3, 2022;

The deadline for the production of Defendant's rebuttal reports is hereby extended to April 3, 2022;

The deadline for supplemental and rebuttal expert reports is hereby extended to April 17, 2022;

The deadline for dispositive motions is hereby extended to May 1, 2022.

BY THE COURT:

*s/ Martin C. Carlson*

~~Chief Judge John E. Jones, III~~
Martin C. Carlson,
U.S. Magistrate Judge

cc: Jason Ohliger, Esq.
Gerard J. Geiger, Esq.
John R. Ninosky, Esq.